**Alfred Lee MAULDIN, Appellant,**

v.

**T.C. OUTLAW, Warden, FCI–Forrest City, Appellee.**

**No. 11–1340.**

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 4, 2011.

Filed: Aug. 12, 2011.

Alfred Lee Mauldin, Forrest City, AR, pro se.

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

PER CURIAM.

Alfred Mauldin appeals the district court's [1] dismissal without prejudice of his 28 U.S.C. § 2241 petition. Having carefully reviewed the record, we conclude that dismissal was proper for the reasons stated by the district court. Accordingly, the judgment is affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Beth Deere, United States Magistrate Judge for the Eastern District of Arkansas.